B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stringers, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Aldercreek Gifts.com; DBA Overstock Gift Baskets.com; DBA Stringer's Gift Baskets** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0885700** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**26090 Ynez Rd.**<br>**Temecula, CA**            ZIP Code **92591** | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                           Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Stringers, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                         Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Stringers, LLC** |
|---|---|

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X ~~(signature)~~ _____
Signature of Attorney for Debtor(s)

**Robert B. Rosenstein 90036**
Printed Name of Attorney for Debtor(s)

**Rosenstein & Hitzeman, AAPLC**
Firm Name

**28600 Mercedes Street**
**Suite 100**
**Temecula, CA 92590**
_____
Address

**951-296-3888  Fax: 951-296-3889**
Telephone Number

**July  6, 2010**                    **90036**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~(signature)~~ _____
Signature of Authorized Individual

**Greg Stringer**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**July  6, 2010**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Stringers, LLC** _____   Case No. _____

                                          Debtor(s)   Chapter   **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advance Paper Box Company<br>6100 S. Gramercy Pl<br>Los Angeles, CA 90047 | Advance Paper Box Company<br>6100 S. Gramercy Pl<br>Los Angeles, CA 90047 | Business Supplies/Inventory | Contingent<br>Unliquidated | 27,332.27 |
| Alaska Airlines Credit Card<br>PO Box 15710<br>Wilmington, DE 19886 | Alaska Airlines Credit Card<br>PO Box 15710<br>Wilmington, DE 19886 | Credit Card used for Business Expenses | Contingent<br>Unliquidated | 25,000.00 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096 | American Express<br>Box 0001<br>Los Angeles, CA 90096 | Credit Card used for Business Expenses | Contingent<br>Unliquidated | 54,000.00 |
| ARC Air Logistics<br>1950 East 220th St., #201<br>Long Beach, CA 90810 | ARC Air Logistics<br>1950 East 220th St., #201<br>Long Beach, CA 90810 | Business Expense | Contingent<br>Unliquidated | 37,477.90 |
| Capital One<br>P.O. Box 60024<br>City Of Industry, CA 91716-0024 | Capital One<br>P.O. Box 60024<br>City Of Industry, CA 91716-0024 | Acct. #4802137088010287<br>Acct. #4802139555207339<br>Credit Card used for Business Expenses | Contingent<br>Unliquidated | 26,520.39 |
| Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094 | Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094 | Credit Cards used for Business Expenses | Contingent<br>Unliquidated | 39,728.99 |
| Dell Finanancial<br>PO Box 5292<br>Carol Stream, IL 60197 | Dell Finanancial<br>PO Box 5292<br>Carol Stream, IL 60197 | Account # 003-8145013-005<br>Account # 003-8145013-006<br>Account # 003-8145013-007<br>Account # 003-8145013-008<br>Unpaid Lease Obligations | Contingent<br>Unliquidated | 26,757.30<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re    **Stringers, LLC**                                                                    Case No. _____

                                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| DFS Acceptance<br>Payment Processing Center<br>PO Box 5275<br>Schaumburg, IL 60194 | DFS Acceptance<br>Payment Processing Center<br>PO Box 5275<br>Schaumburg, IL 60194 | Business Expense | Contingent<br>Unliquidated | 26,274.94 |
| Dumac Leasing<br>PO Box 760<br>Santa Rosa, CA 95402 | Dumac Leasing<br>PO Box 760<br>Santa Rosa, CA 95402 | Account #999000058281<br>Account #999000058210<br>Unpaid Lease Obligation | Contingent<br>Unliquidated | 70,387.42<br><br>(0.00 secured) |
| Kent H. Landsberg Orange<br>Dept 6106<br>Los Angeles, CA 90084 | Kent H. Landsberg Orange<br>Dept 6106<br>Los Angeles, CA 90084 | Business Expense | Contingent<br>Unliquidated | 22,734.26 |
| Lewis Brisois Bisggard & Smith<br>221 N. Gegueroa St., Ste 1200<br>Los Angeles, CA 90012 | Lewis Brisois Bisggard & Smith<br>221 N. Gegueroa St., Ste 1200<br>Los Angeles, CA 90012 | Professional Fees | Contingent<br>Unliquidated | 11,554.87 |
| NYK Logistics & Megacarrier<br>Warehouse D<br>Pasadena, CA 91185 | NYK Logistics & Megacarrier<br>Warehouse D<br>Pasadena, CA 91185 | Business Expenses | Contingent<br>Unliquidated | 11,238.08 |
| Old Dominion Freight Line<br>File 030989<br>PO Box 60000<br>San Francisco, CA 94160 | Old Dominion Freight Line<br>File 030989<br>PO Box 60000<br>San Francisco, CA 94160 | Business Expense | Contingent<br>Unliquidated | 11,074.42 |
| Samway Enterprises<br>3/F<br>Hay Nien Bldg., No. 1<br>Tai Yip, Kowloon | Samway Enterprises<br>3/F<br>Hay Nien Bldg., No. 1<br>Tai Yip, Kowloon | Business Supplies/Inventory | Contingent<br>Unliquidated | 1,733,904.99 |
| Security Bank<br>3403 10th St., Ste 100<br>Riverside, CA 92501-2501 | Security Bank<br>3403 10th St., Ste 100<br>Riverside, CA 92501-2501 | Account #400063600<br>Account #400061100<br>Account #40006-04-00<br>Account #40006-08-00<br>Business Expense | Contingent<br>Unliquidated | 2,337,117.55<br><br>(0.00 secured) |
| Stringer Investments<br>42210 Zevo Dr.<br>Temecula, CA 92590 | Stringer Investments<br>42210 Zevo Dr.<br>Temecula, CA 92590 | Business Loan | Contingent<br>Unliquidated | 48,000.00 |
| Temkin International<br>213 South Temkin Way<br>Payson, UT 84651 | Temkin International<br>213 South Temkin Way<br>Payson, UT 84651 | Business Expenses | Contingent<br>Unliquidated | 27,926.07 |
| The Zenith<br>21255 Califa St.<br>Woodland Hills, CA 91367 | The Zenith<br>21255 Califa St.<br>Woodland Hills, CA 91367 | Workers Compensation | Contingent<br>Unliquidated | 13,644.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Stringers, LLC**                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Wells Fargo<br>Payment Remittance Center<br>P.O. Box 54349<br>Los Angeles, CA 90054 | Wells Fargo<br>Payment Remittance Center<br>P.O. Box 54349<br>Los Angeles, CA 90054 | Account #<br>4856200601630596<br>Account #<br>4856200601630604<br>Credit Cards used for Business Expenses | Contingent<br>Unliquidated | 30,000.00 |
| Wrigley Sales Company<br>Dept. 70211<br>Chicago, IL 60673 | Wrigley Sales Company<br>Dept. 70211<br>Chicago, IL 60673 | Business Supplies/Inventory | Contingent<br>Unliquidated | 57,859.56 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **July 6, 2010** _____        Signature _____

                                                          **Greg Stringer**
                                                          **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Temecula___ , California.

Dated    __July 6, 2010__

**Greg Stringer** , _Manager_
_Debtor_

_____

_Joint Debtor_

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                          Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     Robert B. Rosenstein 90036

Address     28600 Mercedes Street Suite 100 Temecula, CA 92590

Telephone    951-296-3888 Fax: 951-296-3889

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

|  | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Stringers, LLC**<br>**DBA Aldercreek Gifts.com; DBA Overstock Gift Baskets.com** | Case No.: |
| | Chapter:     **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **July 6, 2010**

**Greg Stringer/Manager**
Signer/Title

Date:    **July 6, 2010**

Signature of Attorney
**Robert B. Rosenstein 90036**
**Rosenstein & Hitzeman, AAPLC**
**28600 Mercedes Street**
**Suite 100**
**Temecula, CA 92590**
**951-296-3888   Fax: 951-296-3889**

Stringers, LLC
26090 Ynez Rd.
Temecula, CA 92591


Robert B. Rosenstein
Rosenstein & Hitzeman, AAPLC
28600 Mercedes Street
Suite 100
Temecula, CA 92590


Acorn Paper Products
3686 E. Olympic Blvd.
Los Angeles, CA 90023


Adhesive Brokers
1342 Bell Ave., Ste 3H
Tustin, CA 92780


ADT Security Services
PO Box 371956
Pittsburgh, PA 15250


Advance Paper Box Company
6100 S. Gramercy Pl
Los Angeles, CA 90047


Airgas West
PO Box 7423
Pasadena, CA 91109


Airgas, Inc.
7756 Trade St., Ste A
San Diego, CA 92121

Alaska Airlines Credit Card
PO Box 15710
Wilmington, DE 19886


Amenity Services
Lock Box #50245
Bellevue, WA 98015


Amercian Express
P.O. Box 360002
Fort Lauderdale, FL 33336


American Express
Box 0001
Los Angeles, CA 90096


AppleOne Employment
PO Box 29048
Glendale, CA 91209


ARC Air Logistics
1950 East 220th St., #201
Long Beach, CA 90810


Army & Airforce Exchange
3911 S. Walton Walker Blvd
Dallas, TX 75236


AT&T Universal Card
PO Box 6401
The Lakes, NV 88901

Avery Dennison
170 Monach Lane
Miamisburg, OH 45342


Barcoding Incorporated
2220 Boston St.
Baltimore, MD 21231


Brown & Haley
PO Box 1596
Tacoma, WA 98401-1596


California Choice Benefit
721 South Parker St., Ste 200
Orange, CA 92868


Canon
14904 Collections Center Dr.
Chicago, IL 60693


Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024


Channell Commercial Company
PO Box 9022
Temecula, CA 92589


Chase Cardmember Services
PO Box 94014
Palatine, IL 60094

Chep USA
8517 South Park Circle
Orlando, FL 32819


Citi Cards
PO Box 6412
The Lakes, NV 88901


Dell Finanancial
PO Box 5292
Carol Stream, IL 60197


DFS Acceptance
Payment Processing Center
PO Box 5275
Schaumburg, IL 60194


Dumac Leasing
PO Box 760
Santa Rosa, CA 95402


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Innovative Document Solutions
26855 Jefferson Ave., #F
Murrieta, CA 92562

Internal Revenue Services
Insolvency Group 1
290 North D Street
San Bernardino, CA 92401-1734


Kent H. Landsberg Orange
Dept 6106
Los Angeles, CA 90084


Lewis Brisois Bisggard & Smith
221 N. Gegueroa St., Ste 1200
Los Angeles, CA 90012


Muller Sports Medicine
One Quench Dr.
Prairie Du Sac, WI 53578


NYK Logistics & Megacarrier
Warehouse D
Pasadena, CA 91185


Old Dominion Freight Line
File 030989
PO Box 60000
San Francisco, CA 94160


Riverside County Treasurer/Tax Coll
Paul McDonnell
480 Lemon Street
Riverside, CA 92502


Ryan & Associates
Attention: Kamyar Shayan, Esq.
800 West Sixth St., #320
Los Angeles, CA 90017

Samway Enterprises
3/F
Hay Nien Bldg., No. 1
Tai Yip, Kowloon


Security Bank
3403 10th St., Ste 100
Riverside, CA 92501-2501


Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001


Stringer Investments
42210 Zevo Dr.
Temecula, CA 92590


Temkin International
213 South Temkin Way
Payson, UT 84651


The Carrington Tea Company
PO Box 773
Paramus, NJ 07653


The Zenith
21255 Califa St.
Woodland Hills, CA 91367


Tom Clark Confections, Inc.
1193 Nicole Ct.
Glendora, CA 91740

Wells Fargo
Payment Remittance Center
P.O. Box 54349
Los Angeles, CA 90054


Wrigley Sales Company
Dept. 70211
Chicago, IL 60673

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Robert B. Rosenstein**<br>**Rosenstein & Hitzeman, AAPLC**<br>**28600 Mercedes Street**<br>**Suite 100**<br>**Temecula, CA 92590**<br>**951-296-3888 Fax: 951-296-3889**<br>**90036**<br>☒ *Attorney for:* Debtor-In-Possession, Stringers, LLC | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Stringers, LLC**<br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

| | | |
|---|---|---|
| ☒ Petition, statement of affairs, schedules or lists | Date Filed: | **July 6, 2010** |
| ☐ Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☐ Other: _____ | Date Filed: | |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                   **July 6, 2010**
*Signature of Authorized Signatory of Filing Party*          _____
                                                             Date

**Greg Stringer**
_____
*Printed Name of Authorized Signatory of Filing Party*

**Manager**
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                   **July 6, 2010**
*Signature of Attorney for Filing Party*                     _____
                                                             Date

**Robert B. Rosenstein 90036**
_____
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

JOINT UNANIMOUS WRITTEN CONSENT OF
THE MANAGERS AND MEMBERS OF

**STRINGERS, LLC**
A California Limited Liability Company

The undersigned, being Managers and Members of Stringers, LLC. ("Company"), adopt, consent to and approve the following resolutions by signing this written consent pursuant to the Operating Agreement.

**RESOLUTION**
**AUTHORIZING THE FILING A CHAPTER 11 FEDERAL**
**BANKRUPTCY PETITION**

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**IT IS RESOLVED**, that Greg Stringer and Andrea Stringer, Managers of this Company, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy petition on behalf of the Company; and

**FURTHER RESOLVED**, that Greg Stringer and Andrea Stringer, Managers of this Company are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**FURTHER RESOLVED**, that that Greg Stringer and Andrea Stringer, as Managers on behalf of the LLC are authorized and directed to employ Rosenstein & Hitzeman, AAPLC to represent the Company in such bankruptcy case.

The undersigned, by executing this unanimous written consent in the space provided below, directs that this document be filed with the minutes and proceedings of the Company, and agrees that the actions set forth in the foregoing resolutions will have the same force and effect as if taken at a duly constituted meeting of the Managers and Members.

The above shall be effective as of the date first written above.

_____
Greg Stringer, Manager

_____
Andrea Stringer, Manager

_____
Greg Stringer, Member

_____
Andrea Stringer, Member