## United States Bankruptcy Court
## Central District Of California

| In re:<br>Stringers, LLC<br>dba Aldercreek Gifts.com, dba Overstock Gift Baskets.com | CHAPTER NO.: 11 |
|---|---|
| | CASE NO.: 6:10−bk−30909−DS |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Exhibit 'A' to Petition(if debtor is a corporation). [Local Rule 1002−1(g)]
☒ Venue Disclosure Form (For Corporation and Partnership Filing a Chapter 11). [Local Rule 1002−1(g)]
☒ Statistical Summary of Certain Liabilities
☒ Exhibit D
☒ Corporate Ownership Statement

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

      Chapter 11     1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

      3420 Twelfth Street, Riverside, CA 92501−3819

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: July 6, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Latisha Mcdonald**
    **Deputy Clerk**